

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BASHIRAH MCDANIEL, and IMJ, a minor, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:23-CV-1056 |
| UNC REX HOSPITAL, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the plaintiff. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

Pursuant to 28 U.S.C. §1915(e)(2)(B), it is **ORDERED AND ADJUDGED** that any claim purportedly brought on behalf of IMJ is **DISMISSED** without prejudice and otherwise this action is **DISMISSED** as frivolous and for failure to state a claim.

This the 20th day of June, 2024.

UNITED STATES DISTRICT JUDGE